03-15-00137-CV



**Shelley Coston**
*Bell County Clerk*

P.O. Box 480
Belton, Texas 76513

(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

Received via e-mail 3/30/15

March 20, 2014

Mr .Ray Winn, Pro Se
700 Waco Road, Apt.2
Belton, Texas 76513

RE: Cause No. 74,271

Style:  Ray Winn vs Sally Lawson

Dear Sir:

Please submit your request of the Designation of Clerk's Record and the Court Reporter Records soon as possible. After we received your Designation of Clerk's Record we will contact you for the fee to prepare the Record.

If you have any other question, please contact me.

Sincerely yours,

SHELLEY COSTON
County Clerk
Bell County, Texas

BY: *Sfilmore*
Deputy Clerk

cc:
Ms. Sally Lawson
P.O. Box 561
Belton, Texas 76513

Court of Appeals
3rd District of Texas
P.O. Box 12547
Austin, Texas 78711-2547